```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
                    CASE NO. 09-20215-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

ANDREW CHRISTOPHER IRONS,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Edwin G. Torres, on June 24, 2009. A Report and Recommendation filed on July 13, 2009 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Edwin G. Torres is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count One of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of July, 2009.

                                          _____
                                          DONALD L. GRAHAM
                                          UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Torres
        Diane Patrick, AUSA
        Hector Dopico, AFPD
```